BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-02540-MCE-EFB |
|---|---|
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| REAL PROPERTY LOCATED AT 1001 NICHOLS DRIVE, SUITE 2, ROCKLIN, CALIFORNIA, PLACER COUNTY, APN: 485-070-014-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil action *in rem* brought against certain real property located at 1001 Nichols Drive, Suite 2, Rocklin, California, Placer County, APN: 485-070-014-000, including all appurtenances and improvements thereto (hereafter "defendant property").

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on October 11, 2012, alleging that said defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

3. On October 22, 2012, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

4.	Beginning on November 18, 2012, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on January 10, 2013.

5.	In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals or entities:

   a. Temple Christian Ball
   b. CJDD, LLC
   c. Polycomp Trust Company

6.	Claimant Temple Christian John Ball filed a Verified Statement of Interest to the defendant property on October 18, 2012.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7.	On or about October 30, 2012, a Stipulation and Order for Interlocutory Sale of Defendant Property was filed.  The defendant property sold for $218,000.00 and that sale was finalized on November 6, 2012.  The U.S. Marshals Service received a wire transfer in the amount of $89,337.20 on November 7, 2012.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.	The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.	Upon entry of this Final Judgment of Forfeiture, all right, title, and interest of Temple Christian John Ball in $85,668.00 of the $89,337.20 in U.S. Currency *sub res* in lieu of the defendant real property shall forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed of according to law.

3.	Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $3,669.20 of the $89,337.20 in U.S. Currency *sub res* in lieu of the defendant

real property shall be returned to claimant Temple Christian John Ball through his attorney Allison Margolin.

4. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the posting, sale or forfeiture of the defendant property or sub *res*. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said posting, sale or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

5. Claimant Temple Christian John Ball waived any and all claim or right to interest that may have accrued on the sub *res* being forfeited to the United States.

6. All parties are to bear their own costs and attorneys' fees.

7. The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

DATED: March 27, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE